IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO LIRA-ANDRADE,

    Petitioner,                          No. CIV S-09-0533 EFB P

  vs.

ERIC HOLDER[1], Attorney General,

    Respondent.                        <u>ORDER</u>

_____/

       Pursuant to a final order of removal, petitioner has been removed from this country based on a finding that he was an alien convicted of certain criminal offenses. *See* 8 U.S.C. § 1227(a)(2). Petitioner challenges the order of removal on the ground that he is a national of the United States. *See* 8 U.S.C. § 1252(b)(5). The Ninth Circuit has found that there is a genuine dispute about petitioner's claim to be a national of the United States and transferred the matter to this court. *See* 8 U.S.C. § 1252(b)(5)(B).

////

////

////

---

[1] Attorney General Eric Holder hereby is substituted for Michael B. Mukasey. *See* Fed. R. Civ. P. 25(d).

1

Accordingly, it is HEREBY ORDERED that within thirty days of the filing date of this order, the parties shall file a joint status statement addressing the following matters:

1. the advisability and necessity for the filing of dispositive motions addressing the question of whether petitioner is a national of the United States;

2. their availability for a hearing on whether petitioner is a national of the United States;

3. the number of witnesses each party intends to call at the hearing;

4. the approximate number of days the parties believe will be necessary for the hearing; and

5. the need for post-hearing briefing.

A Status Conference is HEREBY SET for Wednesday, June 24, 2009, at 10:00 a.m., in Courtroom No. 25.

SO ORDERED.

DATED: May 20, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE