IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO LIRA-ANDRADE,

    Petitioner,                       No. CIV S-09-0533 EFB

    vs.

ERIC H. HOLDER, Jr., Attorney General,

    Respondent.                   <u>ORDER TO SHOW CAUSE</u>
_____/

      This case was before the court on June 24, 2009, for a status conference on the pending hearing regarding petitioner's claim to United States citizenship. The discovery schedule, potential witnesses, and length of the evidentiary hearing were to be discussed. Assistant United States Attorney, Audrey Hemesath, appeared on behalf of respondent, Eric H. Holder Jr., Attorney General. Frank Sprouls, counsel for petitioner Rodolfo Lira-Andrade, failed to appear. The case was continued to the end of the calendar due to counsel's failure to appear. During the continuance, counsel for respondent called Mr. Sprouls to inquire into his whereabouts. When the court called this matter again, Ms. Hemesath informed the court of her telephone conversation with counsel for petitioner, explaining that petitioner's counsel reportedly scheduled an incorrect time for the status conference. The court finds that Mr. Sprouls must have an opportunity to explain his absence on the record.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Frank Sprouls, counsel for petitioner, shall, on or before July 1, 2009, show cause in
3 writing why this court should not impose sanctions for his failure to appear at the Status
4 Conference.  *See* Local Rule 11-110.

5    2.  The Status Conference is reset for Wednesday, July 8, 2009 at 10:00 a.m., in
6 Courtroom No. 25.

7 DATED:  June 25, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2