IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO LIRA-ANDRADE,

    Petitioner,                                 No. CIV S-09-0533 EFB P

    vs.

ERIC HOLDER

    Respondent.                               ORDER

_____/

       The instant case is before the Court pursuant to transfer from the Ninth Circuit Court of Appeals under 8 U.S.C. § 1252(b)(5)(B) for determination of petitioner's claim to derivative United States citizenship. The parties have consented to proceed before the undersigned. *See* 28 U.S.C. § 636(c)(1).

       After briefing by both parties, petitioner submitted a Motion for Voluntary Dismissal of his claim to United States citizenship. Respondent does not oppose the motion. As no other issues remain for this Court's determination under § 1252(b)(5)(B), and petitioner's raises other issues beyond the claim of derivative citizenship which must be addressed under 8 U.S.C. § 1252(a)(1), the Court will return the case to the Ninth Circuit.

////

////

1

1  Accordingly, it is ORDERED that:

2  1. Petitioner's December 4, 2009 Motion for Voluntary Dismissal of Claim Under 8 U.S.C. § 1252(b)(5)(B) is hereby GRANTED;

2. The case is returned to the Court of Appeals for the Ninth Circuit for further proceedings and the Clerk is directed to close the file in this court.

Dated: January 5, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE